UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | Case No. 4:93CR16 CDP |
| TERRELL WASHINGTON, | ) | |
| Defendant. | ) | |

## **ORDER**

This case was recently transferred to the undersigned to rule on defendant Washington's motion for reduction of sentence. There is no legal basis for me to reduce this sentence, so I must deny the motion. Accordingly,

**IT IS HEREBY ORDERED** that defendant's motion to reduce sentence [#80] is denied.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 26th day of May, 2009.